LAURENCE H. RUTLAND, Respondent, *v.* HENRY F. THURSTON, Appellant.

Submitted March 24, 1937; decided April 27, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 543.)

GREATER NEW YORK EXPORT HOUSE, INC., Appellant, *v.* ARTHUR L. PEIRSON et al., Individually and as Trustees et al., Defendants, and CHARLES I. FRANK, Individually and as Trustee, et al., Respondents.

Argued April 19, 1937; decided April 27, 1937.

*Walter S. Seidman* for motion.

*Edward Aksel* and *Robert Aronstein* opposed.

Motion by Max N. Koven and Lloyds First Mortgage Company to dismiss appeal granted and appeal dismissed, with costs, and ten dollars costs of motion.